IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **KRISTI FOX,** § § § § § | |
| Plaintiff, § | |
| v. § | Case No. 3:16-cv-224-TBR |
| § § § § § § § § § § § | |
| **WILLIAM K. MILLER, STATE FARM INSURANCE COMPANY, and STUART-LIPPMAN & ASSOCIATES, INC.** | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Stuart-Lippman & Associates, Inc. ("SLA"), hereby removes the above captioned civil action from the Circuit Court, Division 3, of Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, and states:

1.  SLA is a defendant in a civil action filed by plaintiff, Kristi Fox ("plaintiff"), in the Circuit Court, Division 3, of Jefferson County, Kentucky, captioned as *Kristi Fox v. William K. Miller, State Farm Insurance Company, and Stuart-Lippman & Associates, Inc.,* Case No. 16CI01381 (hereinafter the "State Court Action"). Attached hereto as **Exhibit A** is William K. Miller's Notice of Consent to Removal and attached hereto as **Exhibit B** is State Farm Insurance Company's Notice of Consent to Removal.

1

2. Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, SLA removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The Complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims under the federal Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, and Kentucky state law.

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331, as well as supplemental jurisdiction over the state law claims asserted. Attached hereto as **Exhibit C** and incorporated by reference as part of this Notice of Removal is a true and correct copy of all pleadings filed in the State Court Action.

5. Pursuant to 28 U.S.C. § 1446(b), SLA has timely filed this Notice of Removal. SLA was served with process on March 28, 2016. This Notice of Removal is being filed within 30 days from service of the Complaint.

6. A copy of this Notice of Removal is being served upon Plaintiff and filed with the Circuit Court, Division 3, of Jefferson County, Kentucky on or about the date of this filing.

7. The Circuit Court, Division 3, of Jefferson County, Kentucky is located within the United States District Court for the Western District of Kentucky, Louisville Division. Therefore, venue for purposes of removal is proper because the United States

District Court for the Western District of Kentucky, Louisville Division embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

8. Removal of plaintiff's State Court Action is proper under 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendant, Stuart-Lippman & Associates, Inc., hereby removes the State Court Action to this Honorable Court.

> Respectfully submitted,
>
> */s/ Benjamin A. Bellamy*
> Benjamin A. Bellamy
> Reminger Co., L.P.A.
> 730 West Main Street, Suite 300
> Louisville, KY 40202
> Telephone: 502-625-7296
> Facsimile: 502-589-5436
> E-mail: bbellamy@reminger.com
> *Attorney for Defendant,*
> *Stuart-Lippman & Associates, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2016, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Kentucky and served via CM/ECF and on the 19th day of April 2016 a copy of the foregoing was served via U.S. Mail upon the following:

Richard R. Fox
Fox Law Offices, LLC
409 Bank Street
New Albany, IN 47150
Telephone: (812) 944-2500
Facsimile: (812) 944-7707
rfox@aye.net
*Attorney for Plaintiff*

David Klapheke
Boehl Stopher and Graves, LLP
400 W. Market Street, Suite 2300
Louisville, KY 40202
Telephone: (502) 589-5980
Facsimile: (502) 561-9400
dklapheke@bsg-law.com
*Attorney for Defendant,*
*State Farm Insurance Company*

Curt L. Sitlinger
Sitlinger, McGlincy & Theiler
734 West Main Street, Suite 200
Louisville, KY 40202
Telephone: 502-589-2627
Facsimile: 502-583-3415
csitlinger@smtlawoffice.com
*Attorney for Defendant,*
*William K. Miller*

> */s/ Benjamin A. Bellamy*
> Benjamin A. Bellamy