# **EXHIBIT C**

| AOC-105          Doc. Code: CI |  |  | Case No. **16CI01381** |
|---|---|---|---|
| Rev. 1-07 |  |  | Court   ☐ Circuit   ☐ District |
| Page 1 of 1 |  |  |  |
| Commonwealth of Kentucky |  |  | County   Jefferson |
| Court of Justice   www.courts.ky.gov |  | CIVIL SUMMONS |  |
| CR 4.02; CR Official Form 1 |  |  |  |

JEFFERSON CIRCUIT COURT
DIVISION THREE (3)

PLAINTIFF

| Kristi | L | Fox |
|---|---|---|
| c/o Richard R. Fox, Attorney | | |
| 409 Bank Street | | |
| New Albany | Indiana | 47150 |

VS.

DEFENDANT

| Stuart-Lippman & Associates, Inc. | | | |
|---|---|---|---|
| 5447 E. 5th Street | | | |
| Suite 110 | | | |
| Tucson | Arizona | 85711 | 2345 |

**Service of Process Agent for Defendant:**
Registered Agents Solutions, Inc.

| 828 Lane Allen Rd. | | | |
|---|---|---|---|
| Suite 219 | | | |
| Lexington | | Kentucky | 40504 |

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:  **MAR 24 2016**, 2____        DAVID L. NICHOLSON, CLERK _____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

| | | |
|---|---|---|
| STATE OF KENTUCKY | ) | IN THE JEFFERSON COURT |
| | ) | |
| COUNTY OF JEFFERSON | ) | CAUSE NO. _____ |

KRISTI FOX,
    Plaintiff,

v.

WILLIAM K. MILLER
3517 Nanz Ave.
Louisville, KY 40207

and

STATE FARM INSURANCE
COMPANY
PO Box 661031
Dallas, TX 75266

    SERVE: Corporation Service Company
          421 West Main Street
          Frankfort, KY 40601

and

STUART-LIPPMAN
AND ASSOCIATES
5447 E. 5th Street, Suite 110
Tucson, AZ 85711-2345

    SERVE: Registered Agents Solutions, Inc.
          828 Lane Allen Rd., Suite 219
          Lexington, KY 40504

    Defendants.

## COMPLAINT

    Comes now the Plaintiff, Kristi L. Fox, and complains of Defendants, alleging and saying as follows:

    1.    That at all times pertinent hereto, the set of operative facts occurred in the

City of Louisville, County of Jefferson and State of Kentucky.

2. That at all times pertinent hereto, the Defendant, William K. Miller, was a resident of Louisville, Kentucky.

3. That at all times pertinent hereto, the Plaintiff, Kristi L. Fox, was a resident of the State of Kentucky.

4. That at all times pertinent hereto, the driver/owner of the motor vehicle in which the Defendant was the driver, namely William K. Miller, was a resident of Louisville, Kentucky and was the insured of an automobile liability policy issued by the Defendant, State Farm Insurance Company, policy # 1114396A06171.

5. That at all times pertinent hereto, the Plaintiff, Kristi L. Fox, the driver/owner of the motor vehicle in which the Plaintiff was driver, was the insured of an automobile liability policy issued by the Kentucky State Farm Bureau, policy #0020589123.

6. On or about the 26th day of March, 2015, the Defendant, William K. Miller, was operating a motor vehicle east bound on Nanz Ave, between Iola Road and Macon Avenue, when it made a stop on the far right shoulder of Nanz Ave, then proceeded to make an improper, abrupt, left turn thereby striking another vehicle, driven by the Plaintiff, which was attempting to pass the Defendant's stopped vehicle.

8. The Defendant, William K. Miller, was negligent in the operation of his motor vehicle, which negligence includes, but is not limited to, the following: failure to turn vehicle properly; failure to use traffic signal; failure to keep motor vehicle under control; failure to observe and comply with laws regulating roadways; and failure to observe and be aware of surroundings.

9. That as a result of the negligence of Defendant, William K. Miller, Plaintiff, Kristi L. Fox, suffered and continues to suffer certain injuries and damages

which include, but are not limited to, the following: injuries to her vehicle; and any other damages which are not yet readily apparent but which result from the negligence of the Defendant, William K. Miller.

10. That the Defendant, State Farm Insurance, has hired two debt collection agencies to attempt to collect a "debt" from the Plaintiff, presumably the cost associated with damages to the Defendant's, William K. Miller, vehicle as a result of his negligence. The Defendant, State Farm Insurance, is acting in bad faith and by their actions, in attempting to collect on a claim that is not valid, State Farm is violating the Fair Debt Collection Act.

11. That the Plaintiff notified both agencies, as well as State Farm Insurance, that the claim was disputed and that the Plaintiff was in no contractual relationship with State Farm Insurance to make this "claim" valid. Defendants, State Farm Insurance and Stuart-Lippman & Associates, Inc., actions by continuing to pursue this matter after notice that the claim was not valid are in violation of the Fair Debt Collection Act.

12. That the Defendant, State Farm Insurance, is in violation of the Unfair Claims Settlement Practices Act.

13. That the Defendant, Stuart-Lippman & Associates, Inc. harassed and continued to place repeated phone calls to the Plaintiff.

14. That the Defendant, Stuart-Lippman & Associates, Inc. continues to harass and send collection letters to the Plaintiff, without proof of any verification of a debt owed, after notice was provided that the claim was disputed.

15. As a result of the Defendant's negligence, the Plaintiff, Kristi L. Fox, is entitled to a judgment against the Defendants, in an amount consistent with the damages and injuries she has suffered and will continue to suffer.

WHEREFORE, Plaintiff, Kristi L. Fox, demands as follows:

1. Judgment against the Defendants for damages, in an amount to be determined at trial.

2. Judgment against the Defendants, State Farm Insurance and Stuart-Lippman & Associates, Inc., for monetary relief, injunctive relief and attorney fees associated with their violation of the Fair Debt Collection Act.

3. Judgment against the Defendant, State Farm Insurance, for damages associated with their violation of the Unfair Claims Settlement Practices Act.

2. The costs herein incurred.

3. Pre-judgment and post-judgment interest as permitted by law.

4. A reasonable attorney's fee as permitted by law.

5. Trial by jury of all issues properly so triable.

6. All other proper relief to which she may appear entitled.

Respectfully Submitted,

_____
Richard R. Fox, Attorney #85669
Attorney for the Plaintiff
Fox Law Offices, LLC
409 Bank Street
New Albany, IN 47150
(812) 944-2500
(812) 944-7707 facsimile

| | | |
|---|---|---|
| STATE OF KENTUCKY | ) | IN THE JEFFERSON CIRCUIT COURT |
| | ) | |
| COUNTY OF JEFFERSON | ) | CAUSE NO. _____ |

KRISTI FOX,
    Plaintiff,

v.

WILLIAM K. MILLER,

and

STATE FARM INSURANCE COMPANY,

and

STUART-LIPPMAN AND ASSOCIATES,
    Defendants.

## APPEARANCE

1. NAME OF INITIATING PARTY: KRISTI L. FOX

2. ATTORNEY INFORMATION (AS APPLICABLE FOR SERVICE):
   NAME: RICHARD R. FOX
   ADDRESS: 409 BANK STREET
             NEW ALBANY, IN 47150
   ATTORNEY NO. 85669
   PHONE: 812-944-2500
   FAX: 812-944-7707

3. WILL PETITIONER ACCEPT SERVICE BY FAX? NO

4. ADDITIONAL INFORMATION REQUIRED BY STATE OR LOCAL RULE:

   N/A

   _____
   RICHARD R. FOX, ATTORNEY # 85669
   409 BANK STREET
   NEW ALBANY, IN 47150
   812-944-2500

NO. 16CI-001381　　　　　　　　　　　　　　　　　　　　JEFFERSON CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION 3
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. MITCH PERRY

KRISTI FOX　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　**ANSWER ON BEHALF OF DEFENDANT**
　　　　　　　　　　　**WILLIAM K. MILLER**

WILLIAM K. MILLER　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

AND

STATE FARM INSURANCE COMPANY

AND

STUART-LIPMAN AND ASSOCIATES

\*\*\*　\*\*\*　\*\*\*

　　　　Comes the Defendant, William K. Miller, by counsel, and for his Answer to the Complaint herein, states as follows:

### FIRST DEFENSE

　　1.　　The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

　　2.　　The claims of the Plaintiff, Kristi Fox, are barred and/or limited by KRS 304 Subtitle 39, known as the Kentucky Motor Vehicle Reparations Act.

### THIRD DEFENSE

　　3.　　Admits the allegations contained in numerical paragraphs 1, 2 and 3 of Plaintiff's Complaint.

　　4.　　Admits that at the time of the subject accident, he was insured by State Farm Mutual Automobile Insurance Company as alleged in numerical paragraph 4 of Plaintiff's Complaint.

5. States that he is without sufficient information to form an opinion as to the truth or falsity of the allegations obtained in numerical paragraphs 5, 11, 12, 13 and 14 of Plaintiff's Complaint, and therefore denies same.

6. Admits the date and location of the motor vehicle accident as set forth in numerical paragraph 6 of Plaintiff's Complaint but denies the remaining allegations contained therein.

7. Denies the allegations contained in numerical paragraph 8 of Plaintiff's Complaint.

8. Denies the allegations of negligence as set forth in numerical paragraphs 9, 10 and 15 of Plaintiff's Complaint and further states that he is without sufficient information to form an opinion as to the truth or falsity of the remaining allegations contained therein and therefore, denies same.

## FOURTH DEFENSE

9. That the accident and ensuing damages, if any, were caused and/or contributed to by the negligence of Plaintiff, Kristi Fox, in failing to exercise or ordinary care for her own safety and the safety of others and such negligence and carelessness on her part was the sole or substantial contributing factor in causing same and constitutes either a complete bar to the claims herein presented, or the alternative, warranty reduction of any recover herein by the amount of her comparative fault.

WHEREFORE, Defendant, William K. Miller, demands as follows:

1. That the Complaint of Plaintiff, Kristi Fox, against him be dismissed, with prejudice.

2. That he recover his costs herein incurred.

3. Trial by jury of all issues properly so triable.

4. All other proper relief to which he may appear to be entitled.

Respectfully submitted,

CURT L. SITLINGER
SITLINGER, MCGLINCY & THEILER
734 West Main Street, Suite 200
Louisville, KY  40202
502.589.2627
502.583.3415 (Facsimile)
Attorney for Defendant William K. Miller

## CERTIFICATE OF SERVICE

This will certify that a copy was mailed this 15th day of April, 2016 to the following names and address listed below:

Richard R. Fox
Fox Law Offices, LLC
409 Bank Street
New Albany, IN 47150
Attorney for Plaintiff Kristi Fox

State Farm Insurance Co.
P.O. Box 106171
Atlanta, GA  30348-6171

Stuart-Lippman & Associates
5447 E. 5th Street, Ste. 110
Tucson, AZ 85711-2345

CURT L. SITLINGER

3