IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **KRISTI FOX,** § § § | |
| Plaintiff § § | |
| v. § | Case No. 3:16-cv-00224-TBR |
| § § | |
| **WILLIAM K. MILLER, STATE** § | |
| **FARM INSURANCE COMPANY,** § | |
| **and STUART-LIPPMAN &** § | |
| **ASSOCIATES, INC.** § § § | |
| Defendants § | |

### DEFENDANT, STUART-LIPPMAN & ASSOCIATES, INC.'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Stuart-Lippman & Associates, Inc. ("SLA"), through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), files this Motion to Dismiss and moves for entry of an Order dismissing Plaintiff, Kristi Fox's ("Plaintiff"), Complaint with prejudice. In support of its Motion, SLA states as follows:

1. On March 24, 2016, Plaintiff filed her Complaint in Kentucky State Court alleging SLA violated the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, in connection with its attempts to collect a tort-based subrogation claim owed to State Farm. *See* Complaint, Dkt. 1, Exhibit C.

2. On April 18, 2016, SLA removed Plaintiff's state court action to this Honorable Court. *See* Dkt. 1.

1

3. In support of this Motion to Dismiss, SLA files with this Motion is Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint which sets forth each of the required matters. As discussed more fully in SLA's Memorandum of Law, the law is clear that tort-based subrogation claims, like the claim at issue here, are not debts subject to the FDCPA. Therefore, Plaintiff's claims against SLA should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, PREMISES CONSIDERED, Defendant, Stuart-Lippman & Associates, Inc., respectfully requests this Court grant its Motion to Dismiss Plaintiff's claims with prejudice and grant SLA any other and further relief to which it has shown itself justly entitled.

Respectfully submitted,

*/s/ Benjamin A. Bellamy*
Benjamin A. Bellamy
Reminger Co., L.P.A.
730 West Main Street, Suite 300
Louisville, KY  40202
Telephone: (502) 584-1310
Facsimile:  (502) 589-5436
E-mail: bbellamy@reminger.com
*Attorney for Defendant,*
*Stuart-Lippman & Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2016, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Kentucky and served via CM/ECF upon the following:

Richard R. Fox
Fox Law Offices, LLC
409 Bank Street
New Albany, IN 47150
Telephone: (812) 944-2500
Facsimile: (812) 944-7707
rfox@aye.net

*Attorney for Plaintiff*

David Klapheke
Boehl Stopher and Graves, LLP
400 W. Market Street, Suite 2300
Louisville, KY 40202
Telephone: (502) 589-5980
Facsimile:  (502) 561-9400
dklapheke@bsg-law.com

*Attorney for Defendant,*
*State Farm Insurance Company*

Curt L. Sitlinger
Sitlinger, McGlincy & Theiler
734 West Main Street, Suite 200
Louisville, KY 40202
Telephone: (502) 589-2627
Facsimile:  (502) 583-3415
csitlinger@smtlawoffice.com

*Attorney for Defendant,*
*William K. Miller*

　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin A. Bellamy*
　　　　　　　　　　　　　　　　　　　　Benjamin A. Bellamy