UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| KRISTI FOX | ) | Civil Action No. 3:16-cv-00224-TBR |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM K. MILLER, STATE FARM INSURANCE COMPANY AND STUART-LIPPMAN | ) ) ) | |
| | ) | |
| DEFENDANTS | ) | |

\* \* \* \* \*

## AGREED ORDER OF DISMISSAL

The parties having reached agreement, and the Court being duly and sufficiently advised;

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff, Kristi Fox, in the above matter against Defendants, William K. Miller, State Farm Mutual Automobile Insurance Company and Stuart-Lippman, are hereby dismissed with prejudice with each party to bear its own costs. This is a final and appealable Order and there is no reason for delay.

HAVE SEEN AND AGREE:

*Richard R. Fox* (with permission)  
Richard R. Fox  
FOX LAW OFFICES, LLC  
409 Bank Street  
New Albany, IN  47150  
COUNSEL FOR PLAINTIFF

/s/ *David T. Klapheke*  
David T. Klapheke  
BOEHL STOPHER & GRAVES, LLP  
400 West Market Street, Suite 2300  
Louisville, KY 40202  
COUNSEL FOR DEFENDANT STATE FARM

*Curt L. Sitlinger*  (with permission)  
Curt L. Sitlinger  
SITLINGER, MCGLINCY & THEILER  
734 West Main Street, Suite 200  
Louisville, KY 40202  
COUNSEL FOR WILLIAM K. MILLER

*Whitney L. White* (with permission)  
Whitney L. White  
SESSIONS, FISHMAN NATHAN & ISRAEL, LLC  
900 Jackson Street, Suite 440  
Dallas, TX  75202  
COUNSEL FOR STUART-LIPPMAN AND ASSOCIATES