UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| KRISTI FOX | ) | Civil Action No. 3:16-cv-00224-TBR |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM K. MILLER, STATE FARM INSURANCE COMPANY AND STUART-LIPPMAN | ) ) ) | |
| | ) | |
| DEFENDANTS | ) | |

\* \* \* \* \*

## AGREED ORDER OF DISMISSAL

The parties having reached agreement, and the Court being duly and sufficiently advised;

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff, Kristi Fox, in the above matter against Defendants, William K. Miller, State Farm Mutual Automobile Insurance Company and Stuart-Lippman, are hereby dismissed with prejudice with each party to bear its own costs. This is a final and appealable Order and there is no reason for delay.